Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−18863−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Everton G Rainford | Winnifred A Rainford |
| --- | --- |
| 26 Essex Avenue | 26 Essex Avenue |
| Unit#1 | Unit#1 |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:
  xxx−xx−6223                         xxx−xx−4192

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 6/27/19
Time:               08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 13, 2019
JAN: smz

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court


United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18863-JKS
Everton G Rainford                                                    Chapter 13
Winnifred A Rainford
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4              Date Rcvd: May 13, 2019
                              Form ID: 132             Total Noticed: 132

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db/jdb         +Everton G Rainford,    Winnifred A Rainford,    26 Essex Avenue,    Unit#1,
                 Maplewood, NJ 07040-1503
518219413      +American Anesthesiology of NJ PC,    PO Box 120153,    Grand Rapids, MI 49528-0103
518219414     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,      Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998)
518219417       Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
518219416       Bank of America,    PO Box 220411,    Greensboro, NC 27420
518219418      +Best Buy,    PO Box 183196,    Columbus, OH 43218-3196
518219419       Best Buy Credit,    PO Box 1001007,    Louisville, KY 40290
518219437     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citicards,      7920 NW 110th Street,    Kansas City, MO 64153)
518219429      +Chase Bank,    2500 Westfield Drive,    Elgin, IL 60124-7700
518219427      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
518219431      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
518219430      +Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilminton, DE 19850-5298
518219428      +Chase bank,    PO Box 659409,    San Antonio, TX 78265-9409
518219439      +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
518219432      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
518219433       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
518219435      +Citibank/The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
518219434      +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,     PO Box 790034,
                 St Louis, MO 63179-0034
518219436      +Citicards,    PO Box 183056,    Columbus, OH 43218-3056
518219440      +Citicards,    PO Box 183060,    Columbus, OH 43218-3060
518219438      +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
518219442      +Citicorp Credit Services,     4600 Houston Rd.,    Florence, KY 41042-4820
518219441      +Citicorp Credit Services,     PO Box 91600,    Albuquerque, NM 87199-1600
518219454      +Ditech,    PO Box 780,    Waterloo, IA 50704-0780
518219453      +Ditech,    PO Box 8172,    Rapid City, SD 57709-8172
518219455      +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172
518219456      +Dr. Hertz MD,    1500 Pleasant Valley Way,    Suite 202,    West Orange, NJ 07052-2956
518219457      +EMA,    PO Box 6231,    Parsippany, NJ 07054-7231
518219458       Ema Medical Associates,    PO Box 598,    Livingston, NJ 07039-0598
518219462      +Fingerhut,    PO Box 745012,    Cincinnati, OH 45274-0001
518219464      +Green SKY,    PO Box 29429,    Atlanta, GA 30359-0429
518219465      +Greensky,    PO Box 530584,    Atlanta, GA 30353-0584
518219466      +Greensky Inc.,    PO Box 933614,    Atlanta, GA 31193-3614
518219468      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518219467      +I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,    St. Paul, MN 55164-0378
518219469      +Imaging Consultants of Essex, P.A.,     PO Box 371863,    Pittsburgh, PA 15250-7863
518219470      +Imaging Consultants of Essex, P.A.,     PO Box 3247,    Indianapolis, IN 46206-3247
518219473      +Macy’s,    PO Box 78008,    Phoenix, AZ 85062-8008
518219474      +Macy’s Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
518219476      +Macy’s Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
518219475      +Macy’s Visa,    PO Box 745012,    Cincinnati, OH 45274-5012
518219480      +NJ Anesthesia Associates,     Attn: E. Alan Moretti, M.D.,    PO Box 37,
                 Florham Park, NJ 07932-0037
518219477       New Jersey Anesthesia Associates,     PO Box 0037,    Florham Park, NJ 07932-0037
518219478      +Nissan Motor Acceptance Corp.,     PO Box 660366,    Dallas, TX 75266-0366
518219479      +Nissan Motor Acceptance Corporation,     Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
518219485      +Online Collections,    4917 Professional Center,     Raleigh, NC 27609-4970
518219484      +Online Collections,    202 W Firetower Road,    Winterville, NC 28590-8412
518219494      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219493      +PNC,    PO Box 790084,    Saint Louis, MO 63179-0084
518219506      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219501      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219499      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219504      +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
518219502      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518219500       PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
518219496      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982,    Cleveland, OH 44101-4982
518219492      +Phoenix Financial Services. Llc,     8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
518219491      +Phoenix Financial Services. Llc,     Attn: Bankruptcy,    PO Box 361450,
                 Indianapolis, IN 46236-1450
518219497      +Pnc Bank,    Atn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
518219509      +Pressler, Felt, & Warshaw, LLP,     7 Entin Road,    Parsippany, NJ 07054-5020
518219510      +Pressler, Felt, & Warshaw, LLP ESQ,     7 Entin Road,    Parsippany, NJ 07054-5020
518219512      +Saint Barnabus EMA,    PO Box 6251,    Parsippany, NJ 07054-7251
518219525      +Simon’s Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518219535      +St. Barnabus EMA,    PO Box 417442,    Boston, MA 02241-7442
518219536      +St. Barnabus Healthcare,    PO Box 29965,    New York, NY 10087-9965
```

```
District/off: 0312-2          User: admin              Page 2 of 4             Date Rcvd: May 13, 2019
                              Form ID: 132             Total Noticed: 132


518219537        +St. Barnabus Healthcare,    PO Box 29960,    New York, NY 10087-9960
518219539        +Summit Medical Group,    PO Box 8549,    Belfast, ME 04915-8549
518219540        +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518219538        +Summit Medical Group,    Business Operations,    150 Floral Avenue,
                   New Providence, NJ 07974-1557
518219541        +Suntrust Bank,    P0 Box 85052,    Richmond, VA 23285-5052
518219544        +Suntrust Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
518219543        +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    P0 Box 29429,    Atlanta, GA 30359-0429
518219559        +Synovus Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
518219561        +Urology Group of NJ   LLC,    PO Box 51030,    Newark, NJ 07101-5130
518219560        +Urology Group of New Jersey LLC,    PO Box 11346,    Belfast, ME 04915-4004
518219565        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    P0 Box 8053,    Mason, OH 45040-8053
518219566        +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518219568         Wells Fargo Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
518219567        +Wells Fargo Bank,    P0 Box 10438,    Des Moines, IA 50306-0438
518219569         Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
518219570        +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
518219571        +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
518219573        +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
518219572        +Wells Fargo Home Mortgage,    Attn: Bankruptcy Department,    P.O. Box 10335,
                   Des Moines, IA 50306-0335
518219575        +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
518219574        +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:54     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:33
                   Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518219425        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:41     Capital One, NA,
                   Bankruptcy Dept.,    PO Box 5155,    Norcross, GA 30091
518219420       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:41     Capital One,
                   PO Box 85617,    Richmond, VA 23285-5617
518219421       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:10:04     Capital One Bank,
                   PO Box 70884,    Charlotte, NC 28272-0884
518219422       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:09:23
                   Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518219423       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:09:23     Capital One Na,
                   Attn: Bankruptcy,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518219424       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:41     Capital One Na,
                   Po Box 30281,    Salt Lake City, UT 84130-0281
518219426       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:09:23     Capital One, NA,
                   Capital One Bank (USA) N.A.,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518219446       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:38     Comenity,    PO Box 183003,
                   Columbus, OH 43218-3003
518219447       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:38     Comenity Bank,
                   Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
518219449       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:38     Comenity Bank,
                   Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518219448       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:39     Comenity Bank,
                   P0 Box 182789,    Columbus, OH 43218-2789
518219452       +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 00:04:18     Ditech,    Po Box 6172,
                   Rapid City, SD 57709-6172
518219451       +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 00:04:18     Ditech,    Attn: Bankruptcy,
                   P0 Box 6172,    Rapid City, SD 57709-6172
518219459       +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25     Fingerhut,
                   Attn: Bankruptcy,    P0 Box 1250,    Saint Cloud, MN 56395-1250
518219461       +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25     Fingerhut,    PO Box 5033,
                   Sioux Falls, SD 57117-5033
518219460       +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25     Fingerhut,
                   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518219463       +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25     Fingerhut Credit Card,
                   Attn: Axsys National Bank,    PO Box 5033,    Sioux Falls, SD 57117-5033
518219472        E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2019 00:05:09     Jefferson Capital Systems, LLC,
                   16 Mcleland Rd,    Saint Cloud, MN 56303
518219471        E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2019 00:05:09     Jefferson Capital Systems, LLC,
                   Po Box 1999,    Saint Cloud, MN 56302
518219481       +E-mail/Text: bankruptcy@onlineis.com May 14 2019 00:05:22     Online Collections,
                   Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219483       +E-mail/Text: bankruptcy@onlineis.com May 14 2019 00:05:22     Online Collections,    Po Box 1489,
                   Winterville, NC 28590-1489
518219513       +E-mail/Text: bankruptcy@savit.com May 14 2019 00:05:45     SaVit Collection Agency,
                   Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219518       +E-mail/Text: bankruptcy@savit.com May 14 2019 00:05:45     SaVit Collection Agency,
                   Po Box 250,    East Brunswick, NJ 08816-0250
518219511       +E-mail/Text: ebn@rwjbh.org May 14 2019 00:05:18     Saint Barnabas Health Care Systems,
                   PO Box 903,    Oceanport, NJ 07757-0903
```

```
District/off: 0312-2          User: admin              Page 3 of 4                  Date Rcvd: May 13, 2019
                              Form ID: 132             Total Noticed: 132


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518219528       +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simon's Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219531       +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simons Agency Inc,
                 3713 Brewerton Road Ste 1,    Syracuse, NY 13212-3843
518219532       +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simons Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518219533       +E-mail/Text: ebn@rwjbh.org May 14 2019 00:05:18      St. Barnabas Medical Center,
                 2 Crescent Place,   Oceanport, NJ 07757-1234
518219545       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:15      Synchrony Bank,
                 Attn: Bankruptcy,   P0 Box 956060,    Orlando, FL 32896-0001
518222928       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518219548       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:59      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518219550       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:33      Synchrony Bank,    P0 Box 965024,
                 Orlando, FL 32896-5024
518219546       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:59      Synchrony Bank,    Po Box 965015,
                 Orlando, FL 32896-5015
518219551       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:37      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
518219552       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:59      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   P0 Box 965060,    Orlando, FL 32896-5060
518219553       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:58      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
518219554       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:59      Synchrony Bank/Gap,
                 Attn: Bankruptcy,   P0 Box 965060,    Orlando, FL 32896-5060
518219555       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:17      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
518219556       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:17      Synchrony Bank/Old Navy,
                 Attn: Bankruptcy Dept,    P0 Box 965060,    Orlando, FL 32896-5060
518219558       +E-mail/Text: synovusbankruptcy@synovus.com May 14 2019 00:05:25      Synovus Bank/GreenSky,
                 Attn: Bankruptcy,   P0 Box 120,    Columbus, GA 31902-0120
518219562       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:38
                 Verizon Bankruptcy,    500 Technology Drive,   Saint Charles, MO 63304-2225
518219563       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:38
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
518219564       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:38
                 Verizon Wireless,    3601 Converse Drive,    Wilmington, NC 28403-6182
                                                                                              TOTAL: 46

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518219415*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    P0 Box 982238,    El Paso, TX 79998)
518219444*      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
518219445*      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
518219443*       +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518219450*       +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518219482*       +Online Collections,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219486*       +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219487*       +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219488*       +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219489*       +Online Collections Co.,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219490*       +Online Collections Inc.,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219495*       +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219503*       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219507*       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219498*       +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982,    Cleveland, OH 44101-4982
518219505*       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219508*       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219514*       +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219515*       +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219516*       +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219517*       +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219520*       +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219521*       +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219522*       +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219523*       +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219519*       +Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
518219524*       +Savit Collection Agency Inc.,    PO Box 250,    East Brunswick, NJ 08816-0250
518219526*       +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518219527*       +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518219529*       +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219530*       +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219534*       +St. Barnabas Medical Center,    2 Crescent Place,    Oceanport, NJ 07757-1234
```

```
District/off: 0312-2              User: admin                    Page 4 of 4                   Date Rcvd: May 13, 2019
                                  Form ID: 132                   Total Noticed: 132


           ***** BYPASSED RECIPIENTS (continued) *****
518219542*     +Suntrust Bank,     PO Box 85052,    Richmond, VA 23285-5052
518219547*     +Synchrony Bank,    PO Box 965015,    Orlando, FL 32896-5015
518219549*     +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
518219557*     +Synchrony Bank/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                               TOTALS: 0, * 36, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
               mail.com
              Herbert B. Raymond    on behalf of Debtor Everton G Rainford herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
               mail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 4