**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
EVERTON G. RAINFORD  
WINNIFRED A. RAINFORD,  

Debtor(s)

Case No.: 19-18863 JKS  
Judge: SHERWOOD

## Chapter 13 Plan and Motions

☒ Original  
☐ Motions Included  
☐ Modified/Notice Required  
☐ Modified/No Notice Required  

Date: MAY 13, 2019

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: HR    Initial Debtor: ER    Initial Co-Debtor: WR

## Part 1:   Payment and Length of Plan

a. The debtor shall pay $ __200__ per __MONTH__ to the Chapter 13 Trustee, starting on __MAY OF 2019__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $3,500 BAL. DUE OF COUNSEL FEE |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

  ☒ None

  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments  ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

i. Ditech Mortgage, continued payments, regarding first mortgage against real property located at 26 Essex Avenue, Unit#1, Maplewood, New Jersey, no arrears.  Continued payments by the Debtors directly to Ditech Mortgage, no arrears.

ii. Wells Fargo, continued payments, regarding second mortgage against real property located at 26 Essex Avenue, Unit#1, Maplewood, New Jersey, no arrears.  Continued payments by the Debtors directly to Wells Fargo Mortgage, no arrears.

iii. PNC Bank, continued payments, regarding automobile loan securing a 2008 Nissan Infiniti MX35, no arrears.  Continued payments by the Debtor directly to PNC Bank, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: MAY 13, 2019                                      /S/ EVERTON G. RAINFORD
                                                        Debtor

Date: MAY 13, 2019                                      /S/ WINNIFRED A. RAINFORD
                                                        Joint Debtor

Date: MAY 13, 2019                                      /S/ HERBERT B. RAYMOND, ESQ.
                                                        Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18863-JKS
Everton G Rainford                                                    Chapter 13
Winnifred A Rainford
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4            Date Rcvd: May 13, 2019
                              Form ID: pdf901          Total Noticed: 132

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db/jdb         +Everton G Rainford,    Winnifred A Rainford,    26 Essex Avenue,    Unit#1,
                 Maplewood, NJ 07040-1503
518219413      +American Anesthesiology of NJ PC,    PO Box 120153,    Grand Rapids, MI 49528-0103
518219414     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    P0 Box 982238,
                 El Paso, TX 79998)
518219417       Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
518219416       Bank of America,    PO Box 220411,    Greensboro, NC 27420
518219418      +Best Buy,    P0 Box 183196,    Columbus, OH 43218-3196
518219419       Best Buy Credit,    PO Box 1001007,    Louisville, KY 40290
518219437     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citicards,     7920 NW 110th Street,    Kansas City, MO 64153)
518219429      +Chase Bank,    2500 Westfield Drive,    Elgin, IL 60124-7700
518219427      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
518219431      +Chase Card Services,    P0 Box 15298,    Wilmington, DE 19850-5298
518219430      +Chase Card Services,    Attn: Bankruptcy,    P0 Box 15298,    Wilminton, DE 19850-5298
518219428      +Chase bank,    PO Box 659409,    San Antonio, TX 78265-9409
518219439      +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
518219432      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
518219433       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
518219435      +Citibank/The Home Depot,    P0 Box 6497,    Sioux Falls, SD 57117-6497
518219434      +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P0 Box 790034,
                 St Louis, MO 63179-0034
518219436      +Citicards,    PO Box 183056,    Columbus, OH 43218-3056
518219440      +Citicards,    PO Box 183060,    Columbus, OH 43218-3060
518219438      +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
518219442      +Citicorp Credit Services,    4600 Houston Rd.,    Florence, KY 41042-4820
518219441      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518219454      +Ditech,    PO Box 780,    Waterloo, IA 50704-0780
518219453      +Ditech,    PO Box 8172,    Rapid City, SD 57709-8172
518219455      +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172
518219456      +Dr. Hertz MD,    1500 Pleasant Valley Way,    Suite 202,    West Orange, NJ 07052-2956
518219457      +EMA,    PO Box 6231,    Parsippany, NJ 07054-7231
518219458       Ema Medical Associates,    PO Box 598,    Livingston, NJ 07039-0598
518219462      +Fingerhut,    PO Box 745010,    Cincinnati, OH 45274-0001
518219464      +Green SKY,    PO Box 29429,    Atlanta, GA 30359-0429
518219465      +Greensky,    PO Box 530584,    Atlanta, GA 30353-0584
518219466      +Greensky Inc.,    PO Box 933614,    Atlanta, GA 31193-3614
518219468      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518219467      +I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,    St. Paul, MN 55164-0378
518219469      +Imaging Consultants of Essex, P.A.,    PO Box 371863,    Pittsburgh, PA 15250-7863
518219470      +Imaging Consultants of Essex, P.A.,    PO Box 3247,    Indianapolis, IN 46206-3247
518219473      +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
518219474      +Macy's Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
518219476      +Macy's Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
518219475      +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
518219480      +NJ Anesthesia Associates,    Attn: E. Alan Moretti, M.D.,    PO Box 37,
                 Florham Park, NJ 07932-0037
518219477       New Jersey Anesthesia Associates,    PO Box 0037,    Florham Park, NJ 07932-0037
518219478      +Nissan Motor Acceptance Corp.,    P0 Box 660366,    Dallas, TX 75266-0366
518219479      +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    P0 Box 660360,
                 Dallas, TX 75266-0360
518219485      +Online Collections,    4917 Professional Center,    Raleigh, NC 27609-4970
518219484      +Online Collections,    202 W Firetower Road,    Winterville, NC 28590-8412
518219494      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219493      +PNC,    PO Box 790084,    Saint Louis, MO 63179-0084
518219506      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219501      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219499      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219504      +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
518219502      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518219500       PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
518219496      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982,    Cleveland, OH 44101-4982
518219492      +Phoenix Financial Services. Llc,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
518219491      +Phoenix Financial Services. Llc,    Attn: Bankruptcy,    P0 Box 361450,
                 Indianapolis, IN 46236-1450
518219497      +Pnc Bank,    Atn: Bankruptcy Department,    P0 Box 94982,    Cleveland, OH 44101-4982
518219509      +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518219510      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
518219512      +Saint Barnabus EMA,    PO Box 6251,    Parsippany, NJ 07054-7251
518219525      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518219535      +St. Barnabus EMA,    PO Box 417442,    Boston, MA 02241-7442
518219536      +St. Barnabus Healthcare,    PO Box 29965,    New York, NY 10087-9965
```

```
District/off: 0312-2           User: admin              Page 2 of 4                  Date Rcvd: May 13, 2019
                               Form ID: pdf901          Total Noticed: 132


518219537      +St. Barnabus Healthcare,    PO Box 29960,    New York, NY 10087-9960
518219539      +Summit Medical Group,    PO Box 8549,    Belfast, ME 04915-8549
518219540      +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518219538      +Summit Medical Group,    Business Operations,    150 Floral Avenue,
                 New Providence, NJ 07974-1557
518219541      +Suntrust Bank,    PO Box 85052,    Richmond, VA 23285-5052
518219544      +Suntrust Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
518219543      +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    PO Box 29429,    Atlanta, GA 30359-0429
518219559      +Synovus Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
518219561      +Urology Group of NJ   LLC,    PO Box 51030,    Newark, NJ 07101-5130
518219560      +Urology Group of New Jersey LLC,    PO Box 11346,    Belfast, ME 04915-4004
518219565      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
518219566      +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518219568       Wells Fargo Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
518219567      +Wells Fargo Bank,    PO Box 10438,    Des Moines, IA 50306-0438
518219569       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
518219570      +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
518219571      +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
518219573      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
518219572      +Wells Fargo Home Mortgage,    Attn: Bankruptcy Department,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
518219575      +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
518219574      +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518219425       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:09:21      Capital One, NA,
                 Bankruptcy Dept.,    PO Box 5155,    Norcross, GA 30091
518219420      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:10:02      Capital One,
                 PO Box 85617,    Richmond, VA 23285-5617
518219421      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:10:02      Capital One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
518219422      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:10:02
                 Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518219423      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:38      Capital One Na,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518219424      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:09:21      Capital One Na,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518219426      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:39      Capital One, NA,
                 Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
518219446      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:27      Comenity,    PO Box 183003,
                 Columbus, OH 43218-3003
518219447      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:27      Comenity Bank,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
518219449      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:27      Comenity Bank,
                 Attention: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
518219448      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 00:04:27      Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
518219452      +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 00:04:18      Ditech,    Po Box 6172,
                 Rapid City, SD 57709-6172
518219451      +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 00:04:18      Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD 57709-6172
518219459      +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25      Fingerhut,
                 Attn: Bankruptcy,    PO Box 1250,    Saint Cloud, MN 56395-1250
518219461      +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25      Fingerhut,    PO Box 5033,
                 Sioux Falls, SD 57117-5033
518219460      +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518219463      +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2019 00:05:25      Fingerhut Credit Card,
                 Attn: Axsys National Bank,    PO Box 5033,    Sioux Falls, SD 57117-5033
518219472       E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2019 00:05:07      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
518219471       E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2019 00:05:08      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518219481      +E-mail/Text: bankruptcy@onlineis.com May 14 2019 00:05:22      Online Collections,
                 Attn: Bankruptcy,    PO Box 1489,    Winterville, NC 28590-1489
518219483      +E-mail/Text: bankruptcy@onlineis.com May 14 2019 00:05:22      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
518219513      +E-mail/Text: bankruptcy@savit.com May 14 2019 00:05:43      SaVit Collection Agency,
                 Attn: Bankruptcy,    PO Box 250,    East Brunswick, NJ 08816-0250
518219518      +E-mail/Text: bankruptcy@savit.com May 14 2019 00:05:43      SaVit Collection Agency,
                 Po Box 250,    East Brunswick, NJ 08816-0250
518219511      +E-mail/Text: ebn@rwjbh.org May 14 2019 00:05:18      Saint Barnabas Health Care Systems,
                 PO Box 903,    Oceanport, NJ 07757-0903
```

```
District/off: 0312-2          User: admin              Page 3 of 4              Date Rcvd: May 13, 2019
                              Form ID: pdf901          Total Noticed: 132


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518219528      +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simon's Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219531      +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simons Agency Inc,
                 3713 Brewerton Road Ste 1,    Syracuse, NY 13212-3843
518219532      +E-mail/Text: clientservices@simonsagency.com May 14 2019 00:05:30      Simons Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518219533      +E-mail/Text: ebn@rwjbh.org May 14 2019 00:05:18      St. Barnabas Medical Center,
                 2 Crescent Place,    Oceanport, NJ 07757-1234
518219545      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:08      Synchrony Bank,
                 Attn: Bankruptcy,    P0 Box 956060,    Orlando, FL 32896-0001
518222928      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518219548      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
518219550      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:51      Synchrony Bank,   P0 Box 965024,
                 Orlando, FL 32896-5024
518219546      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:28      Synchrony Bank,   Po Box 965015,
                 Orlando, FL 32896-5015
518219551      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:08      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
518219552      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518219553      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:52      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
518219554      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:52      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518219555      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:52      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
518219556      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26      Synchrony Bank/Old Navy,
                 Attn: Bankruptcy Dept,    P0 Box 965060,    Orlando, FL 32896-5060
518219558      +E-mail/Text: synovusbankruptcy@synovus.com May 14 2019 00:05:25      Synovus Bank/GreenSky,
                 Attn: Bankruptcy,    P0 Box 120,    Columbus, GA 31902-0120
518219562      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:36
                 Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
518219563      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:36
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
518219564      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2019 00:03:36
                 Verizon Wireless,    3601 Converse Drive,    Wilmington, NC 28403-6182
                                                                                             TOTAL: 46


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518219415*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    P0 Box 982238,    El Paso, TX 79998)
518219444*     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court: Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
518219445*     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court: Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
518219443*      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518219450*      +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518219482*      +Online Collections,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219486*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219487*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219488*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
518219489*      +Online Collections Co.,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219490*      +Online Collections Inc.,    Attn: Bankruptcy,    P0 Box 1489,    Winterville, NC 28590-1489
518219495*      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518219503*      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219507*      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518219498*      +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982,    Cleveland, OH 44101-4982
518219505*      +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219508*      +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518219514*      +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219515*      +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219516*      +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219517*      +SaVit Collection Agency,    Attn: Bankruptcy,    P0 Box 250,    East Brunswick, NJ 08816-0250
518219520*      +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219521*      +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219522*      +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219523*      +SaVit Collection Agency,    Po Box 250,    East Brunswick, NJ 08816-0250
518219519*      +Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
518219524*      +Savit Collection Agency Inc.,    PO Box 250,    East Brunswick, NJ 08816-0250
518219526*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518219527*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518219529*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219530*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518219534*      +St. Barnabas Medical Center,    2 Crescent Place,    Oceanport, NJ 07757-1234
```

```
District/off: 0312-2            User: admin                 Page 4 of 4                  Date Rcvd: May 13, 2019
                                Form ID: pdf901             Total Noticed: 132


            ***** BYPASSED RECIPIENTS (continued) *****
518219542*      +Suntrust Bank,    PO Box 85052,    Richmond, VA 23285-5052
518219547*      +Synchrony Bank,    PO Box 965015,    Orlando, FL 32896-5015
518219549*      +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
518219557*      +Synchrony Bank/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                          TOTALS: 0, * 36, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
```
              Herbert B. Raymond    on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
               mail.com
              Herbert B. Raymond    on behalf of Debtor Everton G Rainford herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
               mail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```