**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: **August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

EVERTON G. RAINFORD
WINNIFRED A. RAINFORD,

Debtor(s)

Case No.: _____19-18863 JKS_____

Judge: _____JOHN K. SHERWOOD_____

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: ___APRIL 17, 2022___

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___HR___          Initial Debtor: ___ER___          Initial Co-Debtor: ___WR___

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____200_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____MAY OF 2019_____ for approximately _____39_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**   ☒ **NONE**

1.)   The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|----------|-----------|----------------|------------------------|----------------|------------------------------------------|----------------------|-------------------------|
|          |           |                |                        |                |                                          |                      |                         |

2.)   Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**   ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|----------|------------------------------|---------------------------------|--------------------------|
| Palace Elite Resorts, SA [Interval International] | Timeshare Interest.  Palace Elite Resorts, Moon Palace, Jamaica | $Unknown | Surrender in Full Satisfaction of Claim. |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

i. Ditech Mortgage/Loan Care, LLC, continued payments, regarding first mortgage against real property located at 26 Essex Avenue, Maplewood, New Jersey, no arrears.  Continued payments by the Debtors directly to Ditech Mortgage/Loan Care, LLC, no arrears.

ii. Wells Fargo, continued payments, regarding second mortgage against real property located at 26 Essex Avenue, Maplewood, New Jersey, no arrears.  Continued payments by the Debtors directly to Wells Fargo Mortgage, no arrears.

iii. PNC Bank, continued payments, regarding automobile loan securing a 2008 Nissan Infiniti MX35, no arrears.  Continued payments by the Debtor directly to PNC Bank, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

| Part 5: | Unsecured Claims ☐ NONE |
|---|---|

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases    ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Palance Elite Resorts, SA [Interval International] | N/A | Timeshare Contract | Reject Contract | NA, Reject Contract |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees and Supp.  Counsel Fees (Fully Paid before other claims)

3) Secured Claims and then Priority Claims

4) Unsecured Claims

**d.  Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

---

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: MAY 13, 2019 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being amended to treat the timeshare interest. | The plan term is being extended three months to 39 months and provides for surrender as to the timeshare interest and/or rejection of the unexpired contract as to the timeshare interest. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐  Yes    ☒  No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: APRIL 17, 2022 _____        /S/ EVERTON G. RAINFORD _____
                                                     Debtor

Date: APRIL 17, 2022 _____        /S/ WINNIFRED A. RAINFORD _____
                                                     Joint Debtor

Date: APRIL 17, 2022 _____        /S/ HERBERT B. RAYMOND, ESQ. _____
                                                     Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-18863-JKS

Everton G Rainford                                                                    Chapter 13

Winnifred A Rainford

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf901 | Total Noticed: 155 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everton G Rainford, Winnifred A Rainford, 26 Essex Avenue, Unit#1, Maplewood, NJ 07040-1503 |
| 518219413 | + | American Anesthesiology of NJ PC, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 518219415 | + | Bank Of America, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219414 | + | Bank Of America, Attn: Bankruptcy, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219417 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518219416 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518219418 | + | Best Buy, P0 Box 183196, Columbus, OH 43218-3196 |
| 518219419 | | Best Buy Credit, PO Box 1001007, Louisville, KY 40290 |
| 518219440 | + | Citicards, PO Box 183060, Columbus, OH 43218-3060 |
| 518219436 | + | Citicards, P0 Box 183056, Columbus, OH 43218-3056 |
| 518219442 | + | Citicorp Credit Services, 4600 Houston Rd., Florence, KY 41042-4820 |
| 518219454 | + | Ditech, PO Box 780, Waterloo, IA 50704-0780 |
| 518219452 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 518219451 | + | Ditech, Attn: Bankruptcy, P0 Box 6172, Rapid City, SD 57709-6172 |
| 518219453 | + | Ditech, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219455 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219456 | + | Dr. Hertz MD, 1500 Pleasant Valley Way, Suite 202, West Orange, NJ 07052-2956 |
| 518219457 | + | EMA, PO Box 6231, Parsippany, NJ 07054-7231 |
| 518219458 | | Ema Medical Associates, PO Box 598, Livingston, NJ 07039-0598 |
| 518219462 | + | Fingerhut, PO Box 745010, Cincinnati, OH 45274-0001 |
| 518219464 | #+ | Green SKY, PO Box 29429, Atlanta, GA 30359-0429 |
| 518219465 | + | Greensky, PO Box 530584, Atlanta, GA 30353-0584 |
| 518219466 | + | Greensky Inc., PO Box 933614, Atlanta, GA 31193-3614 |
| 518219469 | + | Imaging Consultants of Essex, P.A., PO Box 371863, Pittsburgh, PA 15250-7863 |
| 518219470 | + | Imaging Consultants of Essex, P.A., PO Box 3247, Indianapolis, IN 46206-3247 |
| 519555029 | | Interval International, 6262 Sunset Drive, (Ref: PE 7009406), Miami, FL 33143-4843 |
| 519555028 | | Interval International, Membership Processing, PO Box 432170, Miami, FL 33243-2170 |
| 519555030 | | Moon Palace Jamaica, Main Street Ocho Rios, PO Box 100, St. Ann, Jamaica, JAMAICA |
| 518219480 | + | NJ Anesthesia Associates, Attn: E. Alan Moretti, M.D., PO Box 37, Florham Park, NJ 07932-0037 |
| 518219477 | | New Jersey Anesthesia Associates, PO Box 0037, Florham Park, NJ 07932-0037 |
| 518219485 | + | Online Collections, 4917 Professional Center, Raleigh, NC 27609-4970 |
| 518219484 | + | Online Collections, 202 W Firetower Road, Winterville, NC 28590-8412 |
| 518219493 | + | PNC, PO Box 790084, Saint Louis, MO 63179-0084 |
| 518219500 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519555031 | + | Palace Elite, PO Box 35444, Las Vegas, NV 89133-5444 |
| 519555032 | | Palace Elite Resorts, Benito Juarez, Cancun, Quinta Roo, Mexico 77506, MEXICO |
| 518219512 | + | Saint Barnabus EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518219535 | + | St. Barnabus EMA, PO Box 417442, Boston, MA 02241-7442 |
| 518219537 | + | St. Barnabus Healthcare, PO Box 29960, New York, NY 10087-9960 |
| 518219536 | + | St. Barnabus Healthcare, PO Box 29965, New York, NY 10087-9965 |
| 518219539 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518219540 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518219538 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |

District/off: 0312-2          User: admin          Page 2 of 7

Date Rcvd: Apr 19, 2022          Form ID: pdf901          Total Noticed: 155

| | | |
|---|---|---|
| 518219543 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, P0 Box 29429, Atlanta, GA 30359-0429 |
| 518219559 | + | Synovus Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219561 | + | Urology Group of NJ LLC, PO Box 51030, Newark, NJ 07101-5130 |
| 518219560 | + | Urology Group of New Jersey LLC, PO Box 11346, Belfast, ME 04915-4004 |
| 518219568 | | Wells Fargo Bank, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518219567 | + | Wells Fargo Bank, P0 Box 10438, Des Moines, IA 50306-0438 |
| 518318645 | + | Wells Fargo Bank, N.A., PO Box 1629, Minneapolis, MN 55440-1629 |
| 518219569 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518219570 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518219571 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518219572 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518219573 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 518219574 | + | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |
| 518219575 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:46 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518219415 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2022 20:44:00 | Bank Of America, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219414 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2022 20:44:00 | Bank Of America, Attn: Bankruptcy, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:45 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 518219437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2022 21:01:03 | Citicards, 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219444 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2022 20:50:41 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:35 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 518219421 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:45 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 518219422 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:35 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518297072 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2022 20:50:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:49:30 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518219423 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:47 | Capital One Na, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:35 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219429 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:50:34 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518219439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0312-2                     User: admin                                    Page 3 of 7
Date Rcvd: Apr 19, 2022                  Form ID: pdf901                                 Total Noticed: 155

| | | | |
|---|---|---|---|
| | | Apr 19 2022 20:50:53 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518219433 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 21:01:03 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518219432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:42 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518341752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:41 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518219434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:52 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518219435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:42 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518219438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:53 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518219441 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:53 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 19 2022 20:44:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518219447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 19 2022 20:44:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518219449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 19 2022 20:44:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219448 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 19 2022 20:44:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518219565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:52 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518219566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:42 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518219473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:42 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 518219474 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:52 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518219476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:53 | Macy's Visa, Bankruptcy, 6356 Corley Road, Norcross, GA 30071 |
| 518219475 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 19 2022 20:50:52 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518343357 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Apr 19 2022 20:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518219460 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Apr 19 2022 20:45:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518219461 | | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Apr 19 2022 20:45:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518219463 | | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Apr 19 2022 20:45:00 | Fingerhut Credit Card, Attn: Axsys National Bank, PO Box 5033, Sioux Falls, SD 57117 |
| 518258925 | + | Email/Text: bankruptcy@greenskycredit.com | |
| | | Apr 19 2022 20:44:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518219468 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Apr 19 2022 20:45:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518219467 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Apr 19 2022 20:45:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518219459 | | Email/Text: bnc-bluestem@quantum3group.com | |

| | | Apr 19 2022 20:45:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395 |
|---|---|---|---|
| 518320124 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2022 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518219472 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2022 20:45:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518219427 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:50:34 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518219430 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:50:34 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilminton, DE 19850 |
| 518219431 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:50:44 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518219428 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:49:25 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 518219471 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2022 20:45:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518219478 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 19 2022 20:44:00 | Nissan Motor Acceptance Corp., P0 Box 660366, Dallas, TX 75266-0366 |
| 518219479 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 19 2022 20:44:00 | Nissan Motor Acceptance Corporation, Attn: Bankruptcy, P0 Box 660360, Dallas, TX 75266-0360 |
| 518219483 | + Email/Text: bankruptcy@onlineis.com | Apr 19 2022 20:45:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219481 | + Email/Text: bankruptcy@onlineis.com | Apr 19 2022 20:45:00 | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219492 | Email/Text: info@phoenixfinancialsvcs.com | Apr 19 2022 20:44:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 518219491 | Email/Text: info@phoenixfinancialsvcs.com | Apr 19 2022 20:44:00 | Phoenix Financial Services. Llc, Attn: Bankruptcy, P0 Box 361450, Indianapolis, IN 46236 |
| 518219504 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230 |
| 518219499 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518330010 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518219497 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | Pnc Bank, Atn: Bankruptcy Department, P0 Box 94982, Cleveland, OH 44101 |
| 518219494 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219506 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518219496 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219502 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 518219501 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518341665 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:49:50 | Portfolio Recovery Associates, LLC, C/O Gap, POB 41067, Norfolk VA 23541 |
| 518341741 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:49:54 | Portfolio Recovery Associates, LLC, C/O Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518341670 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:50:49 | Portfolio Recovery Associates, LLC, C/O Old |

| | | | | |
|---|---|---|---|---|
| | | | | Navy, POB 41067, Norfolk VA 23541 |
| 518341719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:50:38 | Portfolio Recovery Associates, LLC, C/O Old Navy Visa Card, POB 41067, Norfolk VA 23541 |
| 518712019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:50:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 20:50:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518219509 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2022 20:44:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518219510 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2022 20:44:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518340734 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 20:50:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518326942 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2022 20:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518219513 | + | Email/Text: bankruptcy@savit.com | Apr 19 2022 20:45:00 | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219518 | + | Email/Text: bankruptcy@savit.com | Apr 19 2022 20:45:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219511 | + | Email/Text: ebn@rwjbh.org | Apr 19 2022 20:45:00 | Saint Barnabas Health Care Systems, PO Box 903, Oceanport, NJ 07757-0903 |
| 518219525 | + | Email/Text: clientservices@simonsagency.com | Apr 19 2022 20:45:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219528 | + | Email/Text: clientservices@simonsagency.com | Apr 19 2022 20:45:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219531 | + | Email/Text: clientservices@simonsagency.com | Apr 19 2022 20:45:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518219532 | + | Email/Text: clientservices@simonsagency.com | Apr 19 2022 20:45:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518219533 | + | Email/Text: ebn@rwjbh.org | Apr 19 2022 20:45:00 | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219541 | + | Email/Text: bankruptcy@bbandt.com | Apr 19 2022 20:44:00 | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219544 | + | Email/Text: bankruptcy@bbandt.com | Apr 19 2022 20:44:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219548 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:48 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518219546 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:47 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219550 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:49:25 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518219545 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:49:31 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518222928 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518219551 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:47 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518219552 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | Apr 19 2022 20:50:46 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219553 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 19 2022 20:49:39 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518219554 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 19 2022 20:49:30 | Synchrony Bank/Gap, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219555 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 19 2022 20:49:35 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518219556 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 19 2022 20:50:46 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219558 | + | Email/Text: synovusbankruptcy@synovus.com | | |
| | | | Apr 19 2022 20:45:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, P0 Box 120, Columbus, GA 31902-0120 |
| 518328395 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 19 2022 20:50:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219562 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 19 2022 20:44:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518219563 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 19 2022 20:44:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518219564 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 19 2022 20:44:00 | Verizon Wireless, 3601 Converse Drive, Wilmington, NC 28403-6182 |

TOTAL: 100

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518219445 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219443 | *+ | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219450 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219486 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219487 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219488 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219482 | *+ | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219489 | *+ | Online Collections Co., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219490 | *+ | Online Collections Inc., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219507 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219498 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219505 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518219508 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518219495 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219503 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219514 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219515 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219516 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219517 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219520 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219521 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219522 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219523 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219519 | *+ | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518219524 | *+ | Savit Collection Agency Inc., PO Box 250, East Brunswick, NJ 08816-0250 |

District/off: 0312-2 | User: admin | Page 7 of 7
Date Rcvd: Apr 19, 2022 | Form ID: pdf901 | Total Noticed: 155

| | | |
|---|---|---|
| 518219526 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219527 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219529 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219530 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219534 | *+ | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219542 | *+ | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219547 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518219549 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219557 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022             Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Loan Care Servicing Center  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Everton G Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor Loan Care Servicing Center  Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7