| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.:**  19-18863 |
| IN RE:<br><br>EVERTON G RAINFORD<br>WINNIFRED A RAINFORD | **Adv. No.:**<br><br>**Hearing Date:**<br><br>**Judge:**  JKS |

## CERTIFICATION OF SERVICE

1. I, Charles D'Arrigo, am Assistant Manager for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/03/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Letter withdrawing plan complete letter**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Attorney for Debtor(s):
HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017
Mode of Service:  Notice of Electronic Filing (NEF)

---

Dated:  May 03, 2022

By:  /S/  Charles D'Arrigo
     Charles D'Arrigo