Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−18863−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Everton G Rainford | Winnifred A Rainford |
| 26 Essex Avenue | 26 Essex Avenue |
| Unit#1 | Unit#1 |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:  
   xxx−xx−6223                              xxx−xx−4192

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 10:00 AM

to consider and act upon the following:

**53** − Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 4/1/2022 to 5/1/2022, fee: $500.00, expenses: $64.00. Filed by Herbert B. Raymond. Objection deadline is 5/9/2022. (Attachments: # 1 Certification of Debtor's Counsel # 2 Proposed Order Allowing Supplemental Counsel Fees # 3 Certificate of Service) (Raymond, Herbert)

**55** − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:53 Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 4/1/2022 to 5/1/2022, fee: $500.00, expenses: $64.00. Filed by Herbert B. Raymond. Objection deadline is 5/9/2022. (Attachments: # 1 Certification of Debtor's Counsel # 2 Proposed Order Allowing Supplemental Counsel Fees # 3 Certificate of Service) filed by Debtor Everton G Rainford, Joint Debtor Winnifred A Rainford) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/3/22

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court