Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18863−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Everton G Rainford
26 Essex Avenue
Unit#1
Maplewood, NJ 07040

Winnifred A Rainford
26 Essex Avenue
Unit#1
Maplewood, NJ 07040

Social Security No.:
xxx−xx−6223

xxx−xx−4192

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 10:00 AM

to consider and act upon the following:

*53* − Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 4/1/2022 to 5/1/2022, fee: $500.00, expenses: $64.00. Filed by Herbert B. Raymond. Objection deadline is 5/9/2022. (Attachments: # 1 Certification of Debtor's Counsel # 2 Proposed Order Allowing Supplemental Counsel Fees # 3 Certificate of Service) (Raymond, Herbert)

*55* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:53 Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 4/1/2022 to 5/1/2022, fee: $500.00, expenses: $64.00. Filed by Herbert B. Raymond. Objection deadline is 5/9/2022. (Attachments: # 1 Certification of Debtor's Counsel # 2 Proposed Order Allowing Supplemental Counsel Fees # 3 Certificate of Service) filed by Debtor Everton G Rainford, Joint Debtor Winnifred A Rainford) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/3/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-18863-JKS
Everton G Rainford                                                                              Chapter 13
Winnifred A Rainford
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Everton G Rainford, Winnifred A Rainford, 26 Essex Avenue, Unit#1, Maplewood, NJ 07040-1503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Loan Care Servicing Center  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Herbert B. Raymond
    on behalf of Debtor Everton G Rainford herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond
    on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Rebecca Ann Solarz
    on behalf of Creditor Loan Care Servicing Center Inc. rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9