Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18863−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Everton G Rainford | Winnifred A Rainford |
| 26 Essex Avenue | 26 Essex Avenue |
| Unit#1 | Unit#1 |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:
xxx−xx−6223                                         xxx−xx−4192

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 2, 2022.

Dated: June 2, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18863-JKS |
| Everton G Rainford | Chapter 13 |
| Winnifred A Rainford | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 02, 2022 | Form ID: plncf13 | Total Noticed: 155 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everton G Rainford, Winnifred A Rainford, 26 Essex Avenue, Unit#1, Maplewood, NJ 07040-1503 |
| 518219413 | + | American Anesthesiology of NJ PC, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 518219416 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518219417 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518219418 | + | Best Buy, P0 Box 183196, Columbus, OH 43218-3196 |
| 518219419 | | Best Buy Credit, PO Box 1001007, Louisville, KY 40290 |
| 518219440 | + | Citicards, PO Box 183060, Columbus, OH 43218-3060 |
| 518219436 | + | Citicards, PO Box 183056, Columbus, OH 43218-3056 |
| 518219442 | + | Citicorp Credit Services, 4600 Houston Rd., Florence, KY 41042-4820 |
| 518219452 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 518219453 | + | Ditech, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219451 | | Ditech, Attn: Bankruptcy, P0 Box 6172, Rapid City, SD 57709 |
| 518219454 | + | Ditech, PO Box 780, Waterloo, IA 50704-0780 |
| 518219455 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219456 | + | Dr. Hertz MD, 1500 Pleasant Valley Way, Suite 202, West Orange, NJ 07052-2956 |
| 518219457 | + | EMA, PO Box 6231, Parsippany, NJ 07054-7231 |
| 518219458 | | Ema Medical Associates, PO Box 598, Livingston, NJ 07039-0598 |
| 518219462 | + | Fingerhut, PO Box 745010, Cincinnati, OH 45274-0001 |
| 518219465 | + | Greensky, PO Box 530584, Atlanta, GA 30353-0584 |
| 518219466 | + | Greensky Inc., PO Box 933614, Atlanta, GA 31193-3614 |
| 518219470 | + | Imaging Consultants of Essex, P.A., PO Box 3247, Indianapolis, IN 46206-3247 |
| 518219469 | + | Imaging Consultants of Essex, P.A., PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519555029 | | Interval International, 6262 Sunset Drive, (Ref: PE 7009406), Miami, FL 33143-4843 |
| 519555028 | | Interval International, Membership Processing, PO Box 432170, Miami, FL 33243-2170 |
| 519555030 | | Moon Palace Jamaica, Main Street Ocho Rios, PO Box 100, St. Ann, Jamaica, JAMAICA |
| 518219480 | + | NJ Anesthesia Associates, Attn: E. Alan Moretti, M.D., PO Box 37, Florham Park, NJ 07932-0037 |
| 518219477 | | New Jersey Anesthesia Associates, PO Box 0037, Florham Park, NJ 07932-0037 |
| 518219484 | + | Online Collections, 202 W Firetower Road, Winterville, NC 28590-8412 |
| 518219485 | + | Online Collections, 4917 Professional Center, Raleigh, NC 27609-4970 |
| 518219493 | + | PNC, PO Box 790084, Saint Louis, MO 63179-0084 |
| 518219500 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519555031 | + | Palace Elite, PO Box 35444, Las Vegas, NV 89133-5444 |
| 519555032 | | Palace Elite Resorts, Benito Juarez, Cancun, Quinta Roo, Mexico 77506, MEXICO |
| 518219512 | + | Saint Barnabus EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518219535 | + | St. Barnabus EMA, PO Box 417442, Boston, MA 02241-7442 |
| 518219537 | + | St. Barnabus Healthcare, PO Box 29960, New York, NY 10087-9960 |
| 518219536 | + | St. Barnabus Healthcare, PO Box 29965, New York, NY 10087-9965 |
| 518219539 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518219540 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518219538 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518219543 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, P0 Box 29429, Atlanta, GA 30359-0429 |
| 518219559 | + | Synovus Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219561 | + | Urology Group of NJ LLC, PO Box 51030, Newark, NJ 07101-5130 |

| | | |
|---|---|---|
| 518219560 | + | Urology Group of New Jersey LLC, PO Box 11346, Belfast, ME 04915-4004 |
| 518219567 | + | Wells Fargo Bank, P0 Box 10438, Des Moines, IA 50306-0438 |
| 518219568 |   | Wells Fargo Bank, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518318645 | + | Wells Fargo Bank, N.A., PO Box 1629, Minneapolis, MN 55440-1629 |
| 518219569 |   | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518219570 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518219571 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518219572 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518219573 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 518219574 | + | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |
| 518219575 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:18 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518219415 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 02 2022 20:47:00 | Bank Of America, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219414 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 02 2022 20:47:00 | Bank Of America, Attn: Bankruptcy, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:10 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 518219437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | Citicards, 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219444 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:34 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 518219421 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:19 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 518219422 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518297072 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:10 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518219423 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:19 | Capital One Na, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:18 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219429 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:09 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518219439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518219433 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Citibank, PO Box 6405, The Lakes, NV |

Case 19-18863-JKS    Doc 64    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
                                     Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: plncf13 | Total Noticed: 155 |

| | | | | |
|---|---|---|---|---|
| | | | | 88901-6405 |
| 518219432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:33 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518341752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518219434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518219435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518219438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518219441 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518219447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518219449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219448 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518219565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518219566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518219473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 21:03:42 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 518219474 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:34 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518219476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:25 | Macy's Visa, Bankruptcy, 6356 Corley Road, Norcross, GA 30071 |
| 518219475 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518343357 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2022 20:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518219460 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2022 20:48:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518219461 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2022 20:48:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518219463 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2022 20:48:00 | Fingerhut Credit Card, Attn: Axsys National Bank, PO Box 5033, Sioux Falls, SD 57117 |
| 518219464 | ^ | MEBN | Jun 02 2022 20:46:27 | Green SKY, PO Box 29429, Atlanta, GA 30359-0429 |
| 518258925 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 02 2022 20:47:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518219468 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 02 2022 20:48:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518219467 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 02 2022 20:48:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518219459 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2022 20:48:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Cloud, MN 56395 |
| 518320124 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2022 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518219472 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2022 20:47:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518219427 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518219430 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:10 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilminton, DE 19850 |
| 518219431 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518219428 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:09 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 518219471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2022 20:47:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518219478 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2022 20:47:00 | Nissan Motor Acceptance Corp., P0 Box 660366, Dallas, TX 75266-0366 |
| 518219479 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2022 20:47:00 | Nissan Motor Acceptance Corporation, Attn: Bankruptcy, P0 Box 660360, Dallas, TX 75266-0360 |
| 518219483 | + | Email/Text: bankruptcy@onlineis.com | Jun 02 2022 20:48:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219481 | + | Email/Text: bankruptcy@onlineis.com | Jun 02 2022 20:48:00 | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219492 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 02 2022 20:47:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 518219491 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 02 2022 20:47:00 | Phoenix Financial Services. Llc, Attn: Bankruptcy, P0 Box 361450, Indianapolis, IN 46236 |
| 518219504 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230 |
| 518219499 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518330010 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518219497 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | Pnc Bank, Atn: Bankruptcy Department, P0 Box 94982, Cleveland, OH 44101 |
| 518219494 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219506 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518219496 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219502 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 518219501 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518341665 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:22 | Portfolio Recovery Associates, LLC, C/O Gap, POB 41067, Norfolk VA 23541 |
| 518341741 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:31 | Portfolio Recovery Associates, LLC, C/O Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518341670 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:23 | Portfolio Recovery Associates, LLC, C/O Old Navy, POB 41067, Norfolk VA 23541 |

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: plncf13 | Total Noticed: 155 |

| | | | |
|---|---|---|---|
| 518341719 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 02 2022 20:53:32 | Portfolio Recovery Associates, LLC, C/O Old Navy Visa Card, POB 41067, Norfolk VA 23541 |
| 518712019 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 02 2022 20:53:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712020 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 02 2022 20:53:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518219509 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 02 2022 20:47:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518219510 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 02 2022 20:47:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518340734 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 02 2022 20:53:32 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518326942 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 02 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518219513 | + Email/Text: bankruptcy@savit.com | | |
| | | Jun 02 2022 20:48:00 | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219518 | + Email/Text: bankruptcy@savit.com | | |
| | | Jun 02 2022 20:48:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219511 | + Email/Text: ebn@rwjbh.org | | |
| | | Jun 02 2022 20:48:00 | Saint Barnabas Health Care Systems, PO Box 903, Oceanport, NJ 07757-0903 |
| 518219525 | + Email/Text: clientservices@simonsagency.com | | |
| | | Jun 02 2022 20:48:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219528 | + Email/Text: clientservices@simonsagency.com | | |
| | | Jun 02 2022 20:48:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219531 | + Email/Text: clientservices@simonsagency.com | | |
| | | Jun 02 2022 20:48:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518219532 | + Email/Text: clientservices@simonsagency.com | | |
| | | Jun 02 2022 20:48:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518219533 | + Email/Text: ebn@rwjbh.org | | |
| | | Jun 02 2022 20:48:00 | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219541 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jun 02 2022 20:47:00 | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219544 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jun 02 2022 20:47:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219548 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:27 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518219546 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:09 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219550 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:27 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518219545 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:27 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518222928 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518219551 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:18 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518219552 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 02 2022 20:53:28 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | | |
|---|---|---|---|
| 518219553 | | + Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 02 2022 20:53:18 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518219554 | | + Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 02 2022 20:53:27 | Synchrony Bank/Gap, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219555 | | + Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 02 2022 20:53:28 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518219556 | | + Email/PDF: gecsedi@recoverycorp.com | |
| | | Jun 02 2022 20:53:10 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219558 | | + Email/Text: synovusbankruptcy@synovus.com | |
| | | Jun 02 2022 20:48:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, P0 Box 120, Columbus, GA 31902-0120 |
| 518328395 | | + Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 02 2022 20:53:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219562 | | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 02 2022 20:47:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518219563 | | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 02 2022 20:47:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518219564 | | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 02 2022 20:47:00 | Verizon Wireless, 3601 Converse Drive, Wilmington, NC 28403-6182 |

TOTAL: 101

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518219445 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219443 | *+ | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219450 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219486 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219487 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219488 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219482 | *+ | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219489 | *+ | Online Collections Co., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219490 | *+ | Online Collections Inc., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219507 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219498 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219505 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518219508 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518219495 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219503 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219514 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219515 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219516 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219517 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219520 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219521 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219522 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219523 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219519 | *+ | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518219524 | *+ | Savit Collection Agency Inc., PO Box 250, East Brunswick, NJ 08816-0250 |
| 518219526 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219527 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |

| | | |
|---|---|---|
| 518219529 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219530 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219534 | *+ | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219542 | *+ | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219547 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518219549 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219557 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Loan Care Servicing Center  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Everton G Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor Loan Care Servicing Center  Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9