UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on June 29, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

EVERTON RAINFORD
WINNIFRED RAINFORD, DEBTOR(S)

Case No.:   19-18863 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 29, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

1 | Page 2

2 | Debtor: Everton Rainford
          Winnifred Rainford,  Debtor(s)

3 | Case no.   19-23028 (JKS)

4 | Caption of order: Order Granting Supplemental Counsel Fees

5 | _____

6 |     The applicant having certified that legal work supplemental

7 | to basic Chapter 13 services has been rendered, and no objections

8 | having been raised:

9 |     ORDERED that Raymond and Raymond, Esqs., the applicant, is

10 | allowed a fee of **$500.00** for services rendered and expenses in

11 | the amount **$64.00**   for a total of **$564.00.**  The allowance shall

12 | be payable

13 |   _XXX_  through the Chapter 13 plan as an administrative

14 |         priority.

15 |            **The amount of $264 to be paid through the plan as**

16 |            **an administrative priority**.

17 |   _XXX_  outside the plan.

18 |            **The amount of $300 to be paid outside the plan.**

19 |     In the event that the case is dismissed prior to payment of

20 | fees and expenses ordered herein, any funds on hand with the

21 | Chapter 13 Trustee shall be disbursed on a pro rata basis for

22 | payment of allowed administrative expenses under 11 U.S.C. 503(b)

23 | before a refund is issued to the debtor. If the applicant is the

24 | only individual/entity with allowable administrative expenses,

25 | then any funds on hand with the Chapter 13 Trustee shall be

26 | disbursed in payment of applicant's allowed administrative

27 | expenses before a refund is issued to the debtor.

28 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-18863-JKS

Everton G Rainford                                                                    Chapter 13

Winnifred A Rainford

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Everton G Rainford, Winnifred A Rainford, 26 Essex Avenue, Unit#1, Maplewood, NJ 07040-1503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
      on behalf of Creditor Loan Care Servicing Center  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
      on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Herbert B. Raymond
      on behalf of Debtor Everton G Rainford herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond
      on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg

District/off: 0312-2                         User: admin                                    Page 2 of 2
Date Rcvd: Jun 29, 2022                      Form ID: pdf903                                 Total Noticed: 1

                          magecf@magtrustee.com

Marie-Ann Greenberg

                          on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marisa Myers Cohen

                          on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Rebecca Ann Solarz

                          on behalf of Creditor Loan Care Servicing Center  Inc. rsolarz@kmllawgroup.com

U.S. Trustee

                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9