UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Everton G Rainford**
**Winnifred A Rainford, Debtor(s)**

Case No.: **19-18863**

Chapter: **13**

Judge: **John K. Sherwood, U.S.B.J.**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Winnifred A Rainford**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **August 17, 2022**

/s/ **Winnifred A Rainford**
**Winnifred A Rainford**
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18