| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Everton G Rainford**<br>**Winnifred A Rainford, Debtor(s)** | Case No.  **19-18863**<br>Chapter:  **13**<br>Judge:  **John K. Sherwood, U.S.B.J.** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Winnifred A Rainford**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **August 17, 2022**          /s/ **Winnifred A Rainford**
                                              **Winnifred A Rainford**
                                              Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18