**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Everton G Rainford<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6223<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Winnifred A Rainford<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4192<br>EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–18863–JKS

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Everton G Rainford                                Winnifred A Rainford

<u>9/6/22</u>                                                   **By the court:** <u>John K. Sherwood</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-18863-JKS
Everton G Rainford  Chapter 13
Winnifred A Rainford
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 8
Date Rcvd: Sep 06, 2022     Form ID: 3180W     Total Noticed: 155

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everton G Rainford, Winnifred A Rainford, 26 Essex Avenue, Unit#1, Maplewood, NJ 07040-1503 |
| 518219413 | + | American Anesthesiology of NJ PC, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 518219417 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 518219416 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518219418 | + | Best Buy, P0 Box 183196, Columbus, OH 43218-3196 |
| 518219419 | | Best Buy Credit, PO Box 1001007, Louisville, KY 40290 |
| 518219436 | + | Citicards, PO Box 183056, Columbus, OH 43218-3056 |
| 518219440 | + | Citicards, PO Box 183060, Columbus, OH 43218-3060 |
| 518219442 | + | Citicorp Credit Services, 4600 Houston Rd., Florence, KY 41042-4820 |
| 518219452 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 518219451 | | Ditech, Attn: Bankruptcy, P0 Box 6172, Rapid City, SD 57709 |
| 518219453 | + | Ditech, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219454 | + | Ditech, PO Box 780, Waterloo, IA 50704-0780 |
| 518219455 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 518219456 | + | Dr. Hertz MD, 1500 Pleasant Valley Way, Suite 202, West Orange, NJ 07052-2956 |
| 518219457 | + | EMA, PO Box 6231, Parsippany, NJ 07054-7231 |
| 518219458 | | Ema Medical Associates, PO Box 598, Livingston, NJ 07039-0598 |
| 518219462 | + | Fingerhut, PO Box 745010, Cincinnati, OH 45274-0001 |
| 518219465 | + | Greensky, PO Box 530584, Atlanta, GA 30353-0584 |
| 518219466 | + | Greensky Inc., PO Box 933614, Atlanta, GA 31193-3614 |
| 518219467 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164 |
| 518219468 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 518219470 | + | Imaging Consultants of Essex, P.A., PO Box 3247, Indianapolis, IN 46206-3247 |
| 518219469 | + | Imaging Consultants of Essex, P.A., PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519555029 | | Interval International, 6262 Sunset Drive, (Ref: PE 7009406), Miami, FL 33143-4843 |
| 519555028 | | Interval International, Membership Processing, PO Box 432170, Miami, FL 33243-2170 |
| 519555030 | | Moon Palace Jamaica, Main Street Ocho Rios, PO Box 100, St. Ann, Jamaica, JAMAICA |
| 518219480 | + | NJ Anesthesia Associates, Attn: E. Alan Moretti, M.D., PO Box 37, Florham Park, NJ 07932-0037 |
| 518219477 | | New Jersey Anesthesia Associates, PO Box 0037, Florham Park, NJ 07932-0037 |
| 518219484 | + | Online Collections, 202 W Firetower Road, Winterville, NC 28590-8412 |
| 518219485 | + | Online Collections, 4917 Professional Center, Raleigh, NC 27609-4970 |
| 518219493 | + | PNC, PO Box 790084, Saint Louis, MO 63179-0084 |
| 518219500 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519555031 | + | Palace Elite, PO Box 35444, Las Vegas, NV 89133-5444 |
| 519555032 | | Palace Elite Resorts, Benito Juarez, Cancun, Quinta Roo, Mexico 77506, MEXICO |
| 518219512 | + | Saint Barnabus EMA, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518219535 | + | St. Barnabus EMA, PO Box 417442, Boston, MA 02241-7442 |
| 518219537 | + | St. Barnabus Healthcare, PO Box 29960, New York, NY 10087-9960 |
| 518219536 | + | St. Barnabus Healthcare, PO Box 29965, New York, NY 10087-9965 |
| 518219539 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518219540 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518219538 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |

| | | |
|---|---|---|
| 518219543 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, P0 Box 29429, Atlanta, GA 30359-0429 |
| 518219559 | + | Synovus Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219561 | + | Urology Group of NJ LLC, PO Box 51030, Newark, NJ 07101-5130 |
| 518219560 | + | Urology Group of New Jersey LLC, PO Box 11346, Belfast, ME 04915-4004 |
| 518219575 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2022 22:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2022 22:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518219415 | + EDI: BANKAMER.COM | Sep 07 2022 02:23:00 | Bank Of America, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219414 | + EDI: BANKAMER.COM | Sep 07 2022 02:23:00 | Bank Of America, Attn: Bankruptcy, P0 Box 982238, El Paso, TX 79998-2238 |
| 518219425 | EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 518219437 | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citicards, 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219444 | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219420 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 518219421 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 518219422 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518297072 | + EDI: AIS.COM | Sep 07 2022 02:23:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219424 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518219423 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One Na, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219426 | + EDI: CAPITALONE.COM | Sep 07 2022 02:23:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518219429 | + EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Bank, 2500 Westfield Drive, Elgin, IL 60124-7701 |
| 518219439 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 518219433 | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518219432 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518341752 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 19-18863-JKS    Doc 75    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
Certificate of Notice    Page 5 of 10

| District/off: 0312-2 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 155 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 518219434 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518219435 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518219438 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518219441 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219446 | + EDI: WFNNB.COM | Sep 07 2022 02:23:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518219447 | + EDI: WFNNB.COM | Sep 07 2022 02:23:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 518219449 | + EDI: WFNNB.COM | Sep 07 2022 02:23:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219448 | + EDI: WFNNB.COM | Sep 07 2022 02:23:00 | Comenity Bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 518219565 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P0 Box 8053, Mason, OH 45040 |
| 518219566 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518219473 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 518219474 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Macy's Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518219476 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Macy's Visa, Bankruptcy, 6356 Corley Road, Norcross, GA 30071 |
| 518219475 | + EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 518343357 | EDI: Q3G.COM | Sep 07 2022 02:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518219460 | + EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518219461 | EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 518219463 | EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut Credit Card, Attn: Axsys National Bank, PO Box 5033, Sioux Falls, SD 57117 |
| 518219464 | ^ MEBN | Sep 06 2022 22:23:31 | Green SKY, PO Box 29429, Atlanta, GA 30359-0429 |
| 518258925 | + Email/Text: bankruptcy@greenskycredit.com | Sep 06 2022 22:28:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518219467 | EDI: LCIICSYSTEM | Sep 07 2022 02:23:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164 |
| 518219468 | EDI: LCIICSYSTEM | Sep 07 2022 02:23:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 518219459 | EDI: BLUESTEM | Sep 07 2022 02:23:00 | Fingerhut, Attn: Bankruptcy, P0 Box 1250, Saint Cloud, MN 56395 |
| 518320124 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518219472 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |

Case 19-18863-JKS    Doc 75    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
                              Certificate of Notice    Page 6 of 10

| District/off: 0312-2 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 155 |

| | | | |
|---|---|---|---|
| 518219427 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518219430 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Card Services, Attn: Bankruptcy, P0 Box 15298, Wilminton, DE 19850 |
| 518219431 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Card Services, P0 Box 15298, Wilmington, DE 19850 |
| 518219428 | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 518219471 | EDI: JEFFERSONCAP.COM | Sep 07 2022 02:23:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518219478 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 06 2022 22:28:00 | Nissan Motor Acceptance Corp., P0 Box 660366, Dallas, TX 75266-0366 |
| 518219479 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 06 2022 22:28:00 | Nissan Motor Acceptance Corporation, Attn: Bankruptcy, P0 Box 660360, Dallas, TX 75266-0360 |
| 518219483 | + Email/Text: bankruptcy@onlineis.com | Sep 06 2022 22:28:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219481 | + Email/Text: bankruptcy@onlineis.com | Sep 06 2022 22:28:00 | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219492 | Email/Text: info@phoenixfinancialsvcs.com | Sep 06 2022 22:28:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 518219491 | Email/Text: info@phoenixfinancialsvcs.com | Sep 06 2022 22:28:00 | Phoenix Financial Services. Llc, Attn: Bankruptcy, P0 Box 361450, Indianapolis, IN 46236 |
| 518219504 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230 |
| 518219499 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518330010 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518219497 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | Pnc Bank, Atn: Bankruptcy Department, P0 Box 94982, Cleveland, OH 44101 |
| 518219494 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219506 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518219496 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219502 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 518219501 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518341665 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, C/O Gap, POB 41067, Norfolk VA 23541 |
| 518341741 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, C/O Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518341670 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, C/O Old Navy, POB 41067, Norfolk VA 23541 |
| 518341719 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, C/O Old Navy Visa Card, POB 41067, Norfolk VA 23541 |
| 518712019 | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712020 | EDI: PRA.COM | | |

| Case 19-18863-JKS | Doc 75 | Filed 09/08/22 | Entered 09/09/22 00:15:35 | Desc Imaged |
|---|---|---|---|---|
| | | Certificate of Notice | Page 7 of 10 | |

| District/off: 0312-2 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 155 |

| | | | |
|---|---|---|---|
| | | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518219509 | Email/Text: signed.order@pfwattorneys.com | Sep 06 2022 22:28:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518219510 | Email/Text: signed.order@pfwattorneys.com | Sep 06 2022 22:28:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518340734 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 22:29:10 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518326942 | EDI: Q3G.COM | Sep 07 2022 02:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518219513 | + Email/Text: bankruptcy@savit.com | Sep 06 2022 22:28:00 | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219518 | + Email/Text: bankruptcy@savit.com | Sep 06 2022 22:28:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219511 | + Email/Text: ebn@rwjbh.org | Sep 06 2022 22:28:00 | Saint Barnabas Health Care Systems, PO Box 903, Oceanport, NJ 07757-0903 |
| 518219525 | + Email/Text: clientservices@simonsagency.com | Sep 06 2022 22:28:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219528 | + Email/Text: clientservices@simonsagency.com | Sep 06 2022 22:28:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219531 | + Email/Text: clientservices@simonsagency.com | Sep 06 2022 22:28:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518219532 | + Email/Text: clientservices@simonsagency.com | Sep 06 2022 22:28:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518219533 | + Email/Text: ebn@rwjbh.org | Sep 06 2022 22:28:00 | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219541 | + Email/Text: bankruptcy@bbandt.com | Sep 06 2022 22:28:00 | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219544 | + Email/Text: bankruptcy@bbandt.com | Sep 06 2022 22:28:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 518219548 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518219546 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219550 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 518219545 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, Attn: Bankruptcy, P0 Box 956060, Orlando, FL 32896-0001 |
| 518222928 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518219551 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518219552 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219553 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518219554 | + EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/Gap, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

Case 19-18863-JKS    Doc 75    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 155 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518219555 | + | EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518219556 | + | EDI: RMSC.COM | Sep 07 2022 02:23:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 518219558 | + | Email/Text: synovusbankruptcy@synovus.com | Sep 06 2022 22:28:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, P0 Box 120, Columbus, GA 31902-0120 |
| 518328395 | + | EDI: AIS.COM | Sep 07 2022 02:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518219562 | + | EDI: VERIZONCOMB.COM | Sep 07 2022 02:23:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518219563 | + | EDI: VERIZONCOMB.COM | Sep 07 2022 02:23:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518219564 | + | EDI: VERIZONCOMB.COM | Sep 07 2022 02:23:00 | Verizon Wireless, 3601 Converse Drive, Wilmington, NC 28403-6182 |
| 518219568 | | EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Bank, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518219567 | + | EDI: WFCCSBK | Sep 07 2022 02:23:00 | Wells Fargo Bank, P0 Box 10438, Des Moines, IA 50306-0438 |
| 518318645 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Bank, N.A., PO Box 1629, Minneapolis, MN 55440-1629 |
| 518219569 | | EDI: WFCCSBK | Sep 07 2022 02:23:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518219570 | + | EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518219571 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518219572 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518219573 | + | EDI: WFFC.COM | Sep 07 2022 02:23:00 | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 518219574 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 110

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518219445 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518219443 | *+ | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518219450 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518219486 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219487 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219488 | *+ | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518219482 | *+ | Online Collections, Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219489 | *+ | Online Collections Co., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219490 | *+ | Online Collections Inc., Attn: Bankruptcy, P0 Box 1489, Winterville, NC 28590-1489 |
| 518219507 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219498 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Attn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 518219505 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box |

| | | |
|---|---|---|
| | | 3180, Pittsburgh, PA 15230 |
| 518219508 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518219495 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219503 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518219514 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219515 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219516 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219517 | *+ | SaVit Collection Agency, Attn: Bankruptcy, P0 Box 250, East Brunswick, NJ 08816-0250 |
| 518219520 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219521 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219522 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219523 | *+ | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518219519 | *+ | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518219524 | *+ | Savit Collection Agency Inc., PO Box 250, East Brunswick, NJ 08816-0250 |
| 518219526 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219527 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518219529 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219530 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518219534 | *+ | St. Barnabas Medical Center, 2 Crescent Place, Oceanport, NJ 07757-1233 |
| 518219542 | *+ | Suntrust Bank, P0 Box 85052, Richmond, VA 23285-5052 |
| 518219547 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518219549 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 518219557 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022              Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Loan Care Servicing Center  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Joint Debtor Winnifred A Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Everton G Rainford herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | |

| | |
|---|---|
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Loan Care Servicing Center Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9