Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

**Chapter 13 Case # 19-18863**

Re:  EVERTON G RAINFORD  
     WINNIFRED A RAINFORD  
     26 ESSEX AVENUE  
     UNIT#1  
     MAPLEWOOD, NJ  07040

Atty:  HERBERT B. RAYMOND, ESQ.  
      7 GLENWOOD AVENUE  
      4TH FLOOR SUITE 408  
      EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $7,800.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/12/2019 | $400.00 | 5934328000 | 07/08/2019 | $200.00 | 5998200000 |
| 08/13/2019 | $200.00 | 6091894000 | 09/11/2019 | $200.00 | 6167111000 |
| 10/09/2019 | $200.00 | 6243482000 | 11/12/2019 | $200.00 | 6322477000 |
| 12/11/2019 | $200.00 | 6395994000 | 01/13/2020 | $200.00 | 6477614000 |
| 02/10/2020 | $200.00 | 6550421000 | 03/09/2020 | $200.00 | 6625800000 |
| 04/20/2020 | $200.00 | 6722650000 | 05/08/2020 | $200.00 | 6778093000 |
| 06/09/2020 | $200.00 | 6853290000 | 07/13/2020 | $200.00 | 6935546000 |
| 08/14/2020 | $200.00 | 7012221000 | 09/14/2020 | $200.00 | 7081168000 |
| 10/19/2020 | $200.00 | 7164278000 | 11/12/2020 | $200.00 | 7226125000 |
| 12/11/2020 | $200.00 | 7301255000 | 01/11/2021 | $200.00 | 7368023000 |
| 02/08/2021 | $200.00 | 7437154000 | 03/10/2021 | $200.00 | 7514230000 |
| 04/08/2021 | $200.00 | 7587808000 | 05/13/2021 | $200.00 | 7667369000 |
| 06/10/2021 | $200.00 | 7735024000 | 07/21/2021 | $200.00 | 7823933000 |
| 08/20/2021 | $200.00 | 7892914000 | 09/22/2021 | $200.00 | 7963070000 |
| 10/19/2021 | $200.00 | 8025000000 | 11/16/2021 | $200.00 | 8087394000 |
| 12/13/2021 | $200.00 | 8141376000 | 01/11/2022 | $200.00 | 8203849000 |
| 02/08/2022 | $200.00 | 8265245000 | 03/07/2022 | $200.00 | 8325587000 |
| 04/06/2022 | $200.00 | 8389248000 | 05/24/2022 | $200.00 | 19380170092 |
| 06/15/2022 | $200.00 | 19400606602 | 07/13/2022 | $200.00 | 19400607775 |

**Total Receipts: $7,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,800.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 447.37 | |
| ATTY | ATTORNEY | ADMIN | 3,764.00 | 100.00% | 3,764.00 | 0.00 |

Chapter 13 Case # 19-18863

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITIBANK NA | UNSECURED | 3,493.94 | * | 224.35 | |
| 0011 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,448.02 | * | 92.98 | |
| 0017 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,357.76 | * | 408.24 | |
| 0034 | QUANTUM3 GROUP LLC | UNSECURED | 2,545.64 | * | 163.46 | |
| 0036 | DITECH | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0045 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 964.78 | * | 61.95 | |
| 0057 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | NISSAN MOTOR ACCEPTANCE CORPORA | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | ONLINE COLLECTIONS CO. | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | ONLINE COLLECTIONS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | PNC BANK | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0082 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 17,247.85 | * | 1,107.49 | |
| 0086 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | SAINT BARNABAS HEALTH CARE SYSTE | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0104 | GREENSKY, LLC | UNSECURED | 806.50 | * | 51.78 | |
| 0105 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 607.60 | * | 39.01 | |
| 0111 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 737.66 | * | 47.37 | |
| 0113 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,278.27 | * | 82.08 | |
| 0115 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,961.40 | * | 254.36 | |
| 0118 | GREENSKY, LLC | UNSECURED | 3,833.80 | * | 246.17 | |
| 0125 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,244.71 | * | 144.13 | |
| 0128 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | Wells Fargo Bank, N.A | MORTGAGE ARRE | 592.95 | 100.00% | 592.95 | |
| 0138 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0139 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0140 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0141 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0142 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0143 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0144 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 601.27 | * | 38.61 | |
| 0145 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 430.37 | * | 27.63 | |
| 0146 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 94.54 | * | 6.07 | |
| 0147 | PHOENIX FINANCIAL SERVICES. LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0148 | PALACE ELITE | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $7,800.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 04/19/2021 | $6.81 | 868481 | | 04/19/2021 | ($6.81) | 868481 |
| | 04/19/2021 | $6.81 | 869688 | | 05/17/2021 | $5.75 | 870381 |
| | 06/21/2021 | $5.84 | 872189 | | 07/19/2021 | $5.82 | 873987 |
| | 09/20/2021 | $11.68 | 877399 | | 11/17/2021 | $5.83 | 880885 |
| | 12/13/2021 | $5.90 | 882521 | | 01/10/2022 | $5.90 | 884176 |
| | 02/14/2022 | $11.79 | 885866 | | 03/14/2022 | $5.90 | 887572 |
| | 04/18/2022 | $5.99 | 889282 | | 07/18/2022 | $9.78 | 894394 |
| | 08/15/2022 | $5.99 | 895968 | | | | |

**Chapter 13 Case # 19-18863**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 04/19/2021 | $16.45 | 868139 | | 05/17/2021 | $13.85 | 870074 |
| | 06/21/2021 | $14.09 | 871849 | | 07/19/2021 | $14.07 | 873677 |
| | 09/20/2021 | $28.16 | 877079 | | 11/17/2021 | $14.08 | 880567 |
| | 12/13/2021 | $14.23 | 882203 | | 01/10/2022 | $14.24 | 883861 |
| | 02/14/2022 | $28.45 | 885535 | | 03/14/2022 | $14.23 | 887257 |
| | 04/18/2022 | $14.44 | 888921 | | 06/20/2022 | $9.15 | 892329 |
| | 07/18/2022 | $14.45 | 894078 | | 08/15/2022 | $14.46 | 895643 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 04/19/2021 | $10.56 | 868575 | | 04/19/2021 | ($10.56) | 868575 |
| | 04/19/2021 | $10.56 | 869689 | | 05/17/2021 | $8.91 | 870472 |
| | 06/21/2021 | $9.04 | 872283 | | 07/19/2021 | $9.05 | 874075 |
| | 09/20/2021 | $18.09 | 877500 | | 11/17/2021 | $9.05 | 880981 |
| | 12/13/2021 | $9.14 | 882612 | | 01/10/2022 | $9.13 | 884266 |
| | 02/14/2022 | $18.30 | 885963 | | 03/14/2022 | $9.13 | 887664 |
| | 04/18/2022 | $9.29 | 889378 | | 06/20/2022 | $5.87 | 892767 |
| | 07/18/2022 | $9.28 | 894478 | | 08/15/2022 | $9.29 | 896055 |
| GREENSKY, LLC | | | | | | | |
| | 04/19/2021 | $18.05 | 868698 | | 05/17/2021 | $15.20 | 870587 |
| | 05/17/2021 | $7.00 | 870587 | | 06/21/2021 | $15.45 | 872393 |
| | 07/19/2021 | $15.45 | 874179 | | 07/19/2021 | $6.49 | 874179 |
| | 09/20/2021 | $6.50 | 877614 | | 09/20/2021 | $30.90 | 877614 |
| | 11/17/2021 | $15.45 | 881092 | | 12/13/2021 | $15.61 | 882714 |
| | 12/13/2021 | $6.53 | 882714 | | 01/10/2022 | $15.62 | 884368 |
| | 02/14/2022 | $31.22 | 886059 | | 02/14/2022 | $9.87 | 886059 |
| | 03/14/2022 | $15.61 | 887769 | | 04/18/2022 | $15.86 | 889495 |
| | 04/18/2022 | $6.61 | 889495 | | 06/20/2022 | $10.03 | 892886 |
| | 07/18/2022 | $15.86 | 894579 | | 07/18/2022 | $5.46 | 894579 |
| | 08/15/2022 | $3.32 | 896163 | | 08/15/2022 | $15.86 | 896163 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 05/17/2021 | $5.21 | 8002230 | | 09/20/2021 | $9.70 | 8002435 |
| | 01/10/2022 | $7.32 | 8002634 | | 03/14/2022 | $7.34 | 8002740 |
| | 04/18/2022 | $2.49 | 8002791 | | 08/15/2022 | $6.55 | 8003001 |
| PINNACLE CREDIT SERVICES LLC | | | | | | | |
| | 05/17/2021 | $8.37 | 869809 | | 07/19/2021 | $7.77 | 873429 |
| | 09/20/2021 | $7.78 | 876837 | | 12/13/2021 | $7.81 | 881998 |
| | 02/14/2022 | $11.80 | 885307 | | 04/18/2022 | $7.92 | 888696 |
| | 07/18/2022 | $6.51 | 893884 | | 08/15/2022 | $3.99 | 895454 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/15/2021 | $12.81 | 867226 | | 04/19/2021 | $68.42 | 869009 |
| | 04/19/2021 | ($68.42) | 869009 | | 04/19/2021 | $68.42 | 869691 |
| | 05/17/2021 | $68.39 | 870872 | | 06/21/2021 | $69.48 | 872687 |
| | 07/19/2021 | $69.50 | 874443 | | 09/20/2021 | $139.01 | 877913 |
| | 11/17/2021 | $69.51 | 881354 | | 12/13/2021 | $70.25 | 882984 |
| | 01/10/2022 | $70.19 | 884637 | | 02/14/2022 | $140.53 | 886351 |
| | 03/14/2022 | $70.24 | 888047 | | 04/18/2022 | $71.35 | 889784 |
| | 06/20/2022 | $45.11 | 893173 | | 07/18/2022 | $71.33 | 894835 |
| | 08/15/2022 | $71.37 | 896424 | | | | |

**Chapter 13 Case # 19-18863**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/19/2021 | $29.92 | 8002171 | | 04/19/2021 | $6.02 | 8002171 |
| | 04/19/2021 | $18.65 | 8002171 | | 05/17/2021 | $15.71 | 8002234 |
| | 05/17/2021 | $5.07 | 8002234 | | 05/17/2021 | $6.39 | 8002234 |
| | 05/17/2021 | $25.21 | 8002234 | | 05/17/2021 | $5.27 | 8002234 |
| | 06/21/2021 | $25.64 | 8002277 | | 06/21/2021 | $5.14 | 8002277 |
| | 06/21/2021 | $15.96 | 8002277 | | 07/19/2021 | $15.97 | 8002330 |
| | 07/19/2021 | $5.16 | 8002330 | | 07/19/2021 | $5.96 | 8002330 |
| | 07/19/2021 | $25.61 | 8002330 | | 09/20/2021 | $51.24 | 8002432 |
| | 09/20/2021 | $9.79 | 8002432 | | 09/20/2021 | $5.94 | 8002432 |
| | 09/20/2021 | $10.30 | 8002432 | | 09/20/2021 | $31.92 | 8002432 |
| | 11/17/2021 | $15.96 | 8002529 | | 11/17/2021 | $5.15 | 8002529 |
| | 11/17/2021 | $25.62 | 8002529 | | 12/13/2021 | $25.89 | 8002581 |
| | 12/13/2021 | $5.21 | 8002581 | | 12/13/2021 | $16.13 | 8002581 |
| | 12/13/2021 | $5.97 | 8002581 | | 01/10/2022 | $16.15 | 8002633 |
| | 01/10/2022 | $5.20 | 8002633 | | 01/10/2022 | $25.91 | 8002633 |
| | 01/10/2022 | $7.40 | 8002633 | | 02/14/2022 | $51.77 | 8002683 |
| | 02/14/2022 | $10.42 | 8002683 | | 02/14/2022 | $32.25 | 8002683 |
| | 02/14/2022 | $9.02 | 8002683 | | 03/14/2022 | $16.14 | 8002741 |
| | 03/14/2022 | $5.20 | 8002741 | | 03/14/2022 | $25.89 | 8002741 |
| | 03/14/2022 | $7.42 | 8002741 | | 04/18/2022 | $2.52 | 8002785 |
| | 04/18/2022 | $26.31 | 8002785 | | 04/18/2022 | $5.29 | 8002785 |
| | 04/18/2022 | $16.39 | 8002785 | | 04/18/2022 | $6.06 | 8002785 |
| | 06/20/2022 | $10.36 | 8002892 | | 06/20/2022 | $16.62 | 8002892 |
| | 07/18/2022 | $26.29 | 8002950 | | 07/18/2022 | $16.38 | 8002950 |
| | 07/18/2022 | $8.64 | 8002950 | | 08/15/2022 | $5.28 | 8002997 |
| | 08/15/2022 | $16.39 | 8002997 | | 08/15/2022 | $8.03 | 8002997 |
| | 08/15/2022 | $26.32 | 8002997 | | 08/15/2022 | $6.61 | 8002997 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/19/2021 | $11.98 | 8002172 | | 05/17/2021 | $10.09 | 8002226 |
| | 06/21/2021 | $10.27 | 8002274 | | 07/19/2021 | $10.26 | 8002327 |
| | 09/20/2021 | $20.51 | 8002429 | | 11/17/2021 | $10.26 | 8002525 |
| | 12/13/2021 | $10.37 | 8002578 | | 01/10/2022 | $10.36 | 8002630 |
| | 02/14/2022 | $20.73 | 8002680 | | 03/14/2022 | $10.38 | 8002734 |
| | 04/18/2022 | $10.52 | 8002787 | | 06/20/2022 | $6.66 | 8002894 |
| | 07/18/2022 | $10.54 | 8002945 | | 08/15/2022 | $10.53 | 8002995 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 06/21/2021 | $5.47 | 871871 | | 09/20/2021 | $5.20 | 877100 |
| | 01/10/2022 | $5.24 | 883880 | | 03/14/2022 | $5.26 | 887275 |
| | 04/18/2022 | $1.78 | 888938 | | 04/18/2022 | $5.04 | 888938 |
| | 08/15/2022 | $1.03 | 895655 | | 08/15/2022 | $4.68 | 895655 |
| Wells Fargo Bank, N.A | | | | | | | |
| | 12/21/2020 | $72.60 | 862573 | | 01/11/2021 | $185.00 | 864125 |
| | 02/22/2021 | $185.00 | 866101 | | 03/15/2021 | $150.35 | 867669 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 12, 2022.

Receipts: $7,800.00    -    Paid to Claims: $3,588.63    -    Admin Costs Paid: $4,211.37    =    Funds on Hand: $0.00

Base Plan Amount: $7,800.00    -    Receipts: $7,800.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.