Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−18863−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Everton G Rainford | Winnifred A Rainford |
| 26 Essex Avenue | 26 Essex Avenue |
| Unit#1 | Unit#1 |
| Maplewood, NJ 07040 | Maplewood, NJ 07040 |

Social Security No.:
  xxx−xx−6223                           xxx−xx−4192

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Everton G Rainford and Winnifred A Rainford</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 13, 2022
JAN: wdh

                                                                                     <u>Jeanne Naughton, Clerk</u>